**SEALED**

**FILED**
APR 25 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. |
| | : | |
| v. | : | Under Seal |
| | : | |
| CAMILLE YOUNG, | : | |
| | : | |
| Defendant. | : | |

06-097-RMC

### ORDER

This matter comes before the Court upon the government's Unopposed Motion to Seal the Plea Letter, Information and Statement of Facts and proposed Order. For the reasons stated therein, it is this 25 day of April, 2006,

ORDERED that the government's Unopposed Motion to Seal the Plea Letter, Information, Statement of Facts and proposed Order shall be sealed; that the Clerk's Office shall file all of the above-listed pleadings and any executed Order(s) under seal under seal until further order of the Court.

_____
UNITED STATES DISTRICT JUDGE

Copies to:
Julieanne Himelstein
Assistant U.S. Attorney
U.S. Attorney's Office
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C. 20530

Scott Brisendine, Esq.
8001 Braddock Road, Suite 100
Springfield, VA 22151