UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CRIMINAL NO. 06-97(RMC) |
| | : | |
| CAMILLE YOUNG, | : | |
| Defendant. | : | (Under Seal) |
| | : | |

**O R D E R**

Based on the representations in the Government's Motion To Seal Proceedings, Pleadings and other Filings and To Delay Entry on the Public Docket of the Filing of this Motion To Seal, in which the defendant joins, this Court makes the following:

**FINDINGS OF FACT**

1.      The defendant has been charged by Information with Conspiracy to Transport Women to engage in Prostitution and Money Laundering in violation of 18 U.S.C. §§371 and 1956.   The defendant has agreed to plead guilty to both offenses.  The defendant has agreed to assist in the investigation and  prosecution of other individuals engaged in criminal activity in hopes of earning a government departure request to the Court at her sentencing.  The defendant is expected to cooperate with law enforcement officials by providing information and testimony concerning others involved in transporting juvenile girls to engage in prostitution.

2.      It is expected that the defendant's cooperation will involve her providing information testimony against among others, close associates and co-conspirators in this case after her guilty plea has been entered.

3.      The successful implementation execution of plans to utilize the defendant's

information and testimony in the investigation and prosecution of sex trafficking and related criminal activities requires that the general public not be aware that the defendant has pled guilty or has agreed to cooperate with the United States in this ongoing prosecution.

4.   The public docketing at this time of any notice that the government has filed a Motion To Seal Proceedings, Pleadings and other Filings, as well as the Order granting such motion will likely substantially jeopardize the personal safety of the defendant and potentially others.

5.   Based on the representations in the Government's Motion To Seal Proceedings, Pleadings and other Filings and To Delay Entry on the Public Docket of the Filing of this Motion To Seal and this Court's above Findings of Facts, this Court also finds that there is a compelling governmental interest in sealing the proceedings, pleadings and other filings in this case and that an extraordinary situation exists which justifies a delay in the public docketing of any notice that the Government's Motion To Seal and this Order have been filed with the Criminal Clerk's office under seal.[1]

Based on the above Findings of Fact, it is this _____ day of _____ , 2006, hereby

**ORDERED** that the Information in this case, this Order, and the attached Government's Motion To Seal Proceedings, Pleadings and other Filings and To Delay Entry on the Public Docket of the Filing of this Motion To Seal shall be filed under seal in the Criminal Clerk's office until further order of this Court.

**IT IS FURTHER ORDERED** that the Criminal Clerk's office shall not make any entry on the public docket in this case of the filing of the Information, the plea proceedings held on the

---

[1]   See Washington Post v. Robinson, 935 F.2d 282, 289 n.10 (D.C. Cir. 1991).

19th day of May, 2006, the filing of the Government's Motion To Seal and the Order granting such motion, and other pleadings and filings filed under seal in this case until further order of this Court.

**IT IS FURTHER ORDERED** that notwithstanding the other provisions of this Order, the government shall be permitted to request a transcript of the plea proceedings in this case, and the Court Reporter shall be permitted to prepare such a transcript and provide it to the government, and there may be limited lifting of this sealing order to allow the government to comply with noticing and publishing requirements to effectuate any consent order of forfeiture that may be filed as part of this case.

_____, 2006                           _____
                                                    ROSEMARY M. COLLYER
                                                    UNITED STATES DISTRICT JUDGE

cc:   Julieanne Himelstein
      Assistant United States Attorney
      555 4th Street, N.W., Room 4832
      Washington, D.C. 20560

      Scott Brisendine, Esquire
      8001 Braddock Rd. Suite 100
      SpringField, VA 22151