AO 455 (Rev. 5/85) Waiver of Indictment

# SEALED UNITED STATES DISTRICT COURT

_____ DISTRICT OF _Columbia_

UNITED STATES OF AMERICA

V.

Camille Young

**WAIVER OF INDICTMENT**

CASE NUMBER: 06-97

**FILED**
MAY 19 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, _Camille Young_, the above named defendant, who is accused of _Conspiracy and Money_
_18 USC 371 & 18 USC 1956 (a)(1)(A)(i) and (a)(1)(B)(i)_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _May 19, 2006_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _Rosemary M. Colly_
           Judicial Officer

5/19/06