UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal No. 06-97 |
| v. : | |
| CAMILLE YOUNG, : | **FILED** |
| Defendant. : | MAY 1 9 2006 |
| **SEALED** | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, defendant CAMILLE YOUNG, and the United States agree and stipulate as follows:

The defendant is charged by information with a violation of Title 18, United States Code, Sections 371 (conspiracy) and 1956(a)(1)(A)(I) and (a)(1)(B)(I) (money laundering).

At all times relevant to this offense, CAMILLE YOUNG (hereinafter referred to as "YOUNG"), owned and operated a company called Vanessa Dash Enterprises, LLC (hereinafter referred to as "VDE"). YOUNG, although purporting that she was providing a special escort service, was in fact knowingly and intentionally providing prostitution services to clients throughout the Washington, D.C. metropolitan area, including Maryland, Virginia and the District of Columbia in which each jurisdiction prostitution is illegal. As part of her prostitution business, YOUNG registered and operated a website called DCHOTGIRLS.com. The website was used to advertise the prostitution services of VDE in interstate commerce.

YOUNG maintained a bank account at Bank of America, held in the name of VDE. All monies which were received from the business, were deposited into that account. All money which paid for expenses incurred from the business were paid for out of that account.

YOUNG's then boyfriend, "individual 1", who already worked in the prostitution business as a pimp, persuaded YOUNG to create a prostitution business. Thereafter, YOUNG and individual # 1 hired young women to work as prostitutes, and then advertised their sexual services on the website. Along with posting pictures of the prostitutes on the website, YOUNG listed the sexual services that each prostitute was willing to provide, and the fees associated with that each service the prostitutes would provide. YOUNG also listed her phone number and e-mail address so that the clients could contact her to request specific sexual services.

YOUNG and individual # 1 set up and paid for "in-call" locations. These apartments or "in-call" locations were located in Maryland, Virginia and the District of Columbia. YOUNG and individual # 1 set up these locations so that prostitutes could arrange meetings with clients there and provide sexual services in exchange for money. YOUNG and individual # 1 also directed prostitutes to agree to provide prostitution services to clients at the client's home or elsewhere designated by the client. These were called "out-call" locations. YOUNG and individual # 1 set up the business so that clients could pay for sexual services in the form of cash, credit cards and or checks. YOUNG demanded from each prostitute that she receive 40% of the income received from prostitution services. Between January, 2003 and January 2006, YOUNG received approximately $640,000 in credit card payments from the prostitution business. During that same time period, YOUNG received approximately $600,000 in cash and checks. Those funds were deposited into the Bank of America account

YOUNG used the money deposited into the Bank of America account to facilitate and promote her business. The money held in that account paid, among other things, for the website, and rents for the "in-call" apartments. On May 5, 2004, YOUNG paid $1000 to the Marina View

2

Apartments, located in Washington, D.C., in rent for an apartment which was used by the prostitutes. YOUNG also paid rent to various other in-call apartments in Virginia and Maryland.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

JULIEANNE HIMELSTEIN
ASSISTANT UNITED STATES ATTORNEY
Bar No. 417136
555 4th Street, N.W., Room 5832
Washington, DC 20530
(202) 514-8203

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing Statement of Offense was served upon Scott Brisendine, Esquire, on May 19, 2006.

Julieanne Himelstein
ASSISTANT UNITED STATES ATTORNEY

3