




FILED

APR 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CR 06-97-01-RMC

Attachments

