THE HONORABLE ROSEMARY M. COLLYER, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. CR-01:06-97-01 |
| | ) | |
| CAMILLE YOUNG, | ) | Sentencing: 4 May 2007 |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S MOTION TO EXTEND TIME TO PAY FORFEITURE SETTLEMENT

COMES NOW the Defendant, Camille Young , by and through counsel, and respectfully requests that this Honorable Court grant her an extension of time to pay the forfeiture settlement. In support of this Motion the Defendant states the following:

1.  On 4 May 2007 the Court sentenced Ms. Young to twenty (20) months of probation to be served on home detention with electronic monitoring.

2.  As one of the special conditions of probation, Ms. Young was ordered to pay $20,000 in the compromise of the related civil forfeiture case by the date of 18 May 2007.

3.  Prior to sentencing, Ms. Young arranged a loan from the father of her infant daughter to pay the settlement.

4.  On 17 May 2007, Ms. Young was informed that she would no longer be loaned the money.

5.  Thereafter, Ms. Young immediately sought a loan from a commercial lender. Ms. Young has been approved for the loan, however, closing on the loan will not take place for approximately three (3) weeks.

6.  In light of the fact that the payment of the civil forfeiture settlement was a

condition of her probation, Ms. Young was informed by her Probation Officer, Mr. Danny Thomas, that she would be violated should she not address the Court with this request immediately.

WHEREFORE, the Defendant, Camille Young, respectfully requests that the Court extend the deadline in which she is to pay the $20,000 forfeiture settlement to the United States until 22 June 2007.

Respectfully submitted,

CAMILLE YOUNG
By counsel

The Gordon Law Firm, P.C.

By:    /s/
T. Scott Brisendine, DC Bar #447440
10509 Judicial Drive, Suite 102
Fairfax, VA 22030
703-218-8416
703-359-8453 Fax
571-338-5078 Cell
tsblaw@gmail.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing Defendant's Motion was electronically filed this 22rd day of May 2007 with notice to Julieanne Himelstein, Assistant United States Attorney, Diane Lucus, Assistant United States Attorney, and to Probation Officer Danny Thomas.

_____
T. Scott Brisendine