UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) | |
| v. | ) ) | Criminal Action No. 06-97 (RMC) |
| CAMILLE YOUNG, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

This matter comes before the Court on Defendant Camille Young's Motion to Extend Time to Pay Forfeiture Settlement. On May 4, 2007, the Court sentenced Ms. Young to twenty (20) months of probation to be served on home detention with electronic monitoring. *See* Sentencing Memorandum, May 22, 2007, ("Sent. Mem.") at 5. Included as a condition of probation, the Defendant was to tender a check to the United States in the amount of $20,000 as civil forfeiture in lieu of losing her home. *Id*. During her May 4, 2007 sentencing hearing, Ms. Young, through counsel, represented to the Court that she made arrangements to receive a loan from the father of her infant daughter to pay the settlement amount. *See* Sentencing Hearing Transcript, May 4, 2007 ("Sent. Tr.") at 10:12-22.[1] The settlement payment came due on May 18, 2007. *See* Sent. Tr. at 30:16-31:4 (Court's sentence was conditioned on the payment to the United States of $20,000 within two weeks from the date of the May 4, 2007 hearing). On May 17, 2007, Ms. Young was informed that she would no longer be loaned the money. *See* Defendant's Motion to Extend Time [Dkt. #13] ("Def.'s Mot.") ¶4. Ms. Young is due to close on a loan from a commercial lender in approximately

---

[1] Neither party ordered an official certified copy of the Sentencing Hearing transcript, so the Court is operating from an unofficial copy of the May 4, 2007 hearing transcript.

three (3) weeks. *See* Def.'s Mot. at ¶5. The Court understands that Ms. Young is cognizant of her obligations to be in compliance with the terms of her probation, and will grant the requested extension. The Court also reminds Ms. Young that she remains under the obligation to abide by the general conditions of home detention and electronic monitoring that have been adopted by the United States Probation Office, and all other special conditions of probation outlined by this Court at the May 4, 2007 Sentencing Hearing. Accordingly, it is hereby

**ORDERED** that Defendant's Motion to Extend Time to Pay Forfeiture Settlement [Dkt. #13] is **GRANTED**; and it is

**FURTHER ORDERED** that Ms. Young shall pay to the United States $20,000 forfeiture settlement no later than June 22, 2007.

**SO ORDERED.**

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

DATE: May 23, 2007