UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>     v.                          )<br>                                 )<br> CAMILLE YOUNG,                  )<br>                                 )<br>          Defendant.             )<br>_____) | Criminal Action No. 06-97 (RMC)<br><br>FILED<br>JUL 1 8 2007<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

**ORDER**

On May 4, 2007, the Court sentenced Ms. Young to twenty (20) months of probation to be served on home detention with electronic monitoring. *See* Sentencing Memorandum, May 22, 2007, ("Sent. Mem.") at 5. Included as a condition of probation, the Defendant was to tender a check to the United States in the amount of $20,000 as civil forfeiture in lieu of losing her home. *Id*. During her May 4, 2007 sentencing hearing, Ms. Young, through counsel, represented to the Court that she made arrangements to receive a loan from the father of her infant daughter to pay the settlement amount. *See* Sentencing Hearing Transcript, May 4, 2007 ("Sent. Tr.") at 10:12-22. The settlement payment came due on May 18, 2007. *See* Sent. Tr. at 30:16-31:4 (Court's sentence was conditioned on the payment to the United States of $20,000 within two weeks from the date of the May 4, 2007 hearing). On May 17, 2007, Ms. Young was informed that she would no longer be loaned the money. *See* Defendant's Motion to Extend Time [Dkt. #13] ("Def.'s Mot.") ¶ 4. On May 23, 2007, this Court granted the Defendant's Motion for Extension of Time to Pay Civil Forfeiture and ordered Ms. Young to pay her $20,000 fine by June 22, 2007. *See* Order, May 23, 2007 [Dkt. #16].

A status conference was held in open court on July 18, 2007, to discuss Ms. Young's current progress on securing the $20,000 owed to the government. Due to her current financial situation, Ms. Young reported that she did not pay the fine by June 22, 2007. Ms. Young represented that she is currently in the process of securing a loan from a lender in the amount of $20,000. Based on Ms. Young's representations, this Court granted an extension to September 30, 2007, to secure the necessary loan and pay the United States. The Government consented to this extension of time. A status conference is set for September 28, 2007, at 10:00 a.m..

The Court reminds Ms. Young that she remains under the obligation to abide by the general conditions of home detention and electronic monitoring that have been adopted by the United States Probation Office, and all other special conditions of probation outlined by this Court at the May 4, 2007 Sentencing Hearing. Accordingly, it is hereby

**ORDERED** that Defendant is granted an extension to September 30, 2007 to comply with this Court's sentence; and it is

**FURTHER ORDERED** that Ms. Young shall pay to the United States $20,000 forfeiture settlement no later than September 30, 2007.

**SO ORDERED.**

_____
ROSEMARY M. COLLYER
United States District Judge

DATE: July 18, 2007