UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Criminal Action No. 06-97 (RMC) |
| ) | |
| CAMILLE YOUNG,  ) | |
| ) | |
| Defendant.  ) | |

**ORDER**

On May 4, 2007, the Court sentenced Ms. Young to twenty (20) months of probation to be served on home detention with electronic monitoring. *See* Sentencing Memorandum, May 22, 2007 ("Sent. Mem.") at 5. Included as a condition of probation, the Defendant was to tender a check to the United States in the amount of $20,000 as civil forfeiture in lieu of losing her home. *Id*. During her May 4, 2007 sentencing hearing, Ms. Young, through counsel, represented to the Court that she made arrangements to receive a loan from the father of her infant daughter to pay the settlement amount. *See* Sentencing Hearing Transcript, May 4, 2007 ("Sent. Tr.") at 10:12-22. The settlement payment came due on May 18, 2007. *See* Sent. Tr. at 30:16-31:4 (Court's sentence was conditioned on the payment to the United States of $20,000 within two weeks from the date of the May 4, 2007 hearing). On May 17, 2007, Ms. Young was informed that she would no longer be loaned the money. *See* Defendant's Motion to Extend Time [Dkt. #13] ("Def.'s Mot.") ¶ 4. On May 23, 2007, this Court granted the Defendant's Motion for Extension of Time to Pay Civil Forfeiture and ordered Ms. Young to pay her $20,000 fine by June 22, 2007. *See* Order, May 23, 2007 [Dkt. #16].

A status conference was held in open court on July 18, 2007, to discuss Ms. Young's

progress on securing the $20,000 owed to the government. Due to her then-current financial situation, Ms. Young reported that she did not pay the fine by June 22, 2007. Based on Ms. Young's representations, this Court granted an extension to September 30, 2007, to secure the necessary loan and pay the United States. Several attempts to secure a loan from a lender in the amount of $20,000 failed. Ms. Young's home was subsequently foreclosed and sold on August 22, 2007. There was no available equity in the home for Ms. Young to forward to the United States. As a result, in a status conference held in open court on October 10, 2007, the United States notified the Court that it will file a motion for dismissal of the civil forfeiture case. Therefore, there is no further obligation to pay the civil forfeiture that was a condition of Ms. Young's probation, and Ms. Young has no outstanding financial obligation to the United States.

The Court will vacate the portion of Ms. Young's additional probation terms that require her to give to the United States a check in the amount of $20,000.00 in lieu of forfeiture of her home. The Court reminds Ms. Young that she remains under the obligation to abide by the general conditions of home detention and electronic monitoring that have been adopted by the United States Probation Office, and all other special conditions of probation outlined by this Court at the May 4, 2007 Sentencing Hearing. Accordingly, it is hereby

**ORDERED** that Defendant's obligation to pay the United States a check in the amount of $20,000.00 in lieu of forfeiture of her home is hereby **VACATED**; and it is

**FURTHER ORDERED** that Ms. Young remains under the obligation to abide by all other general conditions of home detention and electronic monitoring that have been adopted by the United States Probation Office, and all remaining special conditions of probation outlined by this Court at the May 4, 2007 Sentencing Hearing.

**SO ORDERED.**

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

DATE: October 10, 2007