UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |  | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | : | | |
| | : | | |
| v. | : | Cr No. 06-97 (RMC) | |
| | : | | |
| CAMILLE SHANTELL YOUNG, | : | | |
| | : | | |
| Defendant. | : | | |

## ORDER

Defendant's motion for early termination of her probation is granted, and it is ordered that the term of probation previously imposed on defendant is terminated.

DATED: _____, 2008

_____
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE