UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Cr No. 06-97 (RMC) |
| | : |
| CAMILLE SHANTELL YOUNG, | : |
| | : |
| Defendant. | : |

## ORDER

Defendant's motion to modify the terms of her probation is granted. The home detention/electronic monitoring condition of her probation term is deleted.

DATED:            , 2008

_____
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE