UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                              )<br>)<br>CAMILLE SHANTELL YOUNG,              )<br>)<br>Defendant.                                          )<br>) | Criminal Action No. 06-97 (RMC)<br><br>**FILED**<br>AUG - 6 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER TO SHOW CAUSE WHY DEFENDANT'S MOTION FOR MODIFICATION OF CONDITION OF PROBATION AND/OR FOR EARLY TERMINATION OF PROBATION SHOULD NOT BE GRANTED

On June 19, 2008, Defendant Camille Shantell Young, through her attorney, filed a Motion for Modification of Condition of Probation and/or for Early Termination of Probation [Dkt. # 20]. Rule 32.1(c) of the Federal Rules of Criminal Procedure provides:

> (1) *In General.* Before modifying the conditions of probation or supervised release, the court must hold a hearing, at which the person has the right to counsel and an opportunity to make a statement and present any information in mitigation.
>
> (2) *Exceptions.* A hearing is not required if:
>
> . . . .
>
> (B) the relief sought is favorable to the person and does not extend the term of probation or of supervised release; and
>
> (C) an attorney for the government has received notice of the relief sought, has had a reasonable opportunity to object, and has not done so.

Fed. R. Crim. P. 32.1(c). To date, the Government has not objected or otherwise responded to Defendant's Motion.

Accordingly, it is hereby

**ORDERED** that on or before August 18, 2008, the Government shall **SHOW CAUSE** why the Court should not grant Defendant's Motion for Modification of Condition of Probation and/or for Early Termination of Probation [Dkt. # 20].

**SO ORDERED**.

Date:   August 5, 2008

/s/ Rosemary M. Collyer
ROSEMARY M. COLLYER
United States District Judge