UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 00006-97 (RMC) |
| | : | |
| v. | : | |
| | : | |
| CAMILLE YOUNG | : | |
| Defendant. | : | |
| | : | |

**GOVERNMENT'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE AND DEFENDANT'S MOTION FOR MODIFICATION OF CONDITION OF PROBATION AND OR FOR EARLY TERMINATION OF PROBATION**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this response to Court's order to show cause and defendant's motion for modification of condition of probation and or for early termination of probation and submits that there is no opposition to defendant's motion to terminate probation.

I.  **BACKGROUND**

On October 3, 2006, the defendant entered a guilty plea to conspiracy to transport women to engage in prostitution, in violation of 18 U.S.C. § § 371 and 2421 and money laundering, in violation of 18 U.S.C. §1956(a)(1)(A)(i) and (a)(1)(B)(i). The evidence proffered at the time of the plea showed that defendant owned and operated a company which provided prostitution services to clients throughout the Washington, DC metropolitan area. As part of that business, the defendant conspired to transport females from other jurisdictions to Washington, D.C. to prostitute themselves. Young received 40% of all income received from the prostitution services between January, 2003 and January, 2006, defendant received approximately $600,000 in cash and checks. Moreover, defendant used the money which was earned from the prostitution

to facilitate and promote her business. In fact, defendant and others set up and paid for "in-call" locations. These apartments were located in Maryland, Virginia and Washington, D.C. The apartments were set up so that prostitutes could have sex with their clients in exchange for money. Moreover, defendant also allowed prostitutes to have sex with the clients at places designated by the clients. The defendant set up the business so that clients could pay with cash, credit cards and checks. Young received 40% of all income received from the prostitution services. Between January, 2003 and January, 2006, defendant received approximately $600,000 in cash and checks.

On May 20, 2007, the Court sentenced the defendant to 20 months of probation, including a condition that she be on home detention with electronic monitoring.

II.     GOVERNMENT DOES NOT OPPOSE TERMINATION OF PROBATION

Undersigned counsel does not oppose termination of probation in this case given the defendant's circumstances involving her children. Defendant has already completed at least 14 months of probation and has been in full compliance.

Respectfully submitted,

JEFFERY A. TAYLOR
United States Attorney
Bar No. 498610

_____
JULIEANNE HIMELSTEIN
Assistant United States Attorney
Major Crimes Section,  Bar No. 417-136
555 4th Street, N.W.  Room 4832
Washington, DC 20001
Phone: 514-8203
Fax: 353-9414