UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           :
                                    :
            v.                      :   Cr No. 06-97 (RMC)
                                    :
CAMILLE SHANTELL YOUNG,             :
                                    :
            Defendant.              :

**ORDER**

FILED
AUG 13 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Defendant's motion to modify the terms of her probation is granted. The home detention/electronic monitoring condition of her probation term is deleted.

DATED: 13 Aug, 2008

ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE