UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| v. | : | Cr No. 06-97 (RMC) |
| CAMILLE SHANTELL YOUNG, | : | |
| Defendant. | : | |

**FILED**
AUG 1 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Defendant's motion for early termination of her probation is granted, and it is ordered that the term of probation previously imposed on defendant is terminated.

DATED: 13 Aug, 2008

ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE